**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:  (406) 657-6101
FAX:  (406) 657-6989
E-mail:  Lori.Suek@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

APR 2 1 2016

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JOSHUA JAMES COOLEY, Defendant. | CR 16-42-BLG-SPW<br><br>**INDICTMENT**<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum five to forty years imprisonment, $5,000,000 fine, and at least four years supervised release)<br><br>POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (Count II)<br>Title 18 U.S.C. § 924(c)(1)(A)<br>(Penalty: Mandatory minimum five years to life imprisonment consecutive to any other term of imprisonment, $250,000 fine, and five years supervised release) |
|---|---|

|  | FORFEITURE ALLEGATION<br>Title 21 U.S.C. § 853<br><br>TITLE 21 PENALTIES MAY BE<br>ENHANCED FOR PRIOR DRUG-<br>RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about February 26, 2016, on Highway 212 near mile marker 16, within the boundaries of the Crow Indian Reservation, in the State and District of Montana, the defendant, JOSHUA JAMES COOLEY, knowingly possessed, with the intent to distribute, 50 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT II

That on or about February 26, 2016, on Highway 212 near mile marker 16, within the boundaries of the Crow Indian Reservation, in the State and District of Montana, the defendant, JOSHUA JAMES COOLEY, knowingly possessed a firearm in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine as charged in count I of the indictment, in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATION

1. The allegation contained in count I of this indictment is re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of Title 21, the defendant, JOSHUA JAMES COOLEY, shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

$ 2,655.00 in United States currency.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSPEH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ State Custody
Bail: _____