Ashley A. Harada
Harada Law Firm, PLLC
2772 3rd Avenue North, Suite 400
P.O. Box 445
Billings, MT  59103
(406) 294-2424
(406) 272-0037 (Fax)

ashley@haradalawfirm.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 16-42-BLG-SPW |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO SUPPRESS |
| vs. | ) | |
| | ) | |
| JOSHUA JAMES COOLEY | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW Defendant, JOSHUA JAMES COOLEY, by and through his counsel of record, ASHLEY A. HARADA, and hereby moves to suppress all evidence illegally gathered as a result of law enforcement's interaction with Defendant on February 26, 2016.

DATED this 4th day of November, 2016.

/s/ Ashley Harada
_____
Ashley Harada
Attorney for Defendant

# CERTIFICATE OF SERVICE - L.R. 5.2(b)

   I hereby certify that on November 4, 2016, a copy of the foregoing document was served on the following persons by the following means:

```
_1, 2____     CM-ECF
_____      Hand Delivery
_____      Fax
___3_____     Mail
_____      E-Mail
```

1.  CLERK, U.S. DISTRICT COURT

2.  Lori A. Harper Suek
  OFFICE OF THE U.S. ATTORNEY
  2601 Second Avenue North
  Suite 3200
  Billings, MT 59101
  Counsel for the United States

3.  JOSHUA COOLEY, Defendant

       /s/ Ashley Harada
       _____
       Ashley Harada