IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–42–BLG–SPW |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA JAMES COOLEY, | |
| Defendant. | |

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the Ninth Circuit Appellate Commissioner's appointment order of March 20, 2018, (Doc. 67),

IT IS ORDERED that Ashley Harada is relieved of all legal duties to Joshua James Cooley and Eric R. Henkel is appointed as counsel of record for all further proceedings in this Court. The Clerk of Court is directed to notify counsel of the entry of this Order.

DATED this 25th day of July, 2018.

SUSAN P. WATTERS
United States District Court Judge