IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA JAMES COOLEY,<br><br>Defendant. | CR 16-42-BLG-SPW<br><br>**ORDER** |

Defendant appeared before the Court on August 28, 2018, for a detention hearing. (Doc. 78.) Defendant is presently in the custody of the United States Bureau of Prisons based on unrelated charges. *See U.S. v. Cooley*, CR 16-117-BLG-SPW. For reasons set forth on the record at the hearing,

IT IS ORDERED that, upon completion of his sentence in the aforementioned unrelated case, Defendant shall be released from custody pending appeal in this action, subject to the Order Setting Conditions of Release. (Doc. 79.)

DATED this 29th day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge