IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
MAR 26 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA JAMES COOLEY,<br><br>Defendant. | CR 16-42-BLG-SPW<br><br>ORDER |

Upon the United States' Motion to Vacate Trial Until After Issuance of Mandate (Doc. 85), and for good cause shown,

IT IS HEREBY ORDERED that the trial set for April 8, 2019 at 9:00 a.m. is **VACATED**. The trial will be reset following issuance of the mandate by the Ninth Circuit Court of Appeals in *United States v. Cooley,* CA 17-30022.

The Clerk of Clerk of Court is directed to notify counsel and the United States Marshals Service of the making of this Order.

DATED this 26th day of March, 2019.

SUSAN P. WATTERS
United States District Judge

1