IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-16-42-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER** |
| JOSHUA JAMES COOLEY, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to Continue (Doc. 110) the deadline to file his opening brief, and for good cause appearing,

IT IS HEREBY ORDERED that Mr. Cooley shall have up to and including **September 14, 2021**, to file his opening brief.

IT IS FURTHER ORDERED that the United States shall submit a response to the Defendant's brief within fourteen (14) days of the Defendant's submission.

Should the Defendant wish to file one, a reply brief must be filed within fourteen (14) days of the United States' submission.

DATED this 9th day of September, 2021.

SUSAN P. WATTERS
United States District Judge

1