IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA JAMES COOLEY,<br><br>　　　　Defendant. | CR 16-42-BLG-SPW<br><br>AMENDED ORDER |

　　　Defendant having filed a Motion to Change Plea (Doc. 125) on May 2, 2022,

　　　IT IS HEREBY ORDERED that the trial set for May 16, 2022 is **VACATED**.

　　　IT IS FURTHER ORDERED that a change of plea hearing is set for **Friday, May 13, 2022 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.   The time between May 2, 2022 and May 13, 2022 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

IT IS FURTHER ORDERED that the Plea Agreement shall be filed with the Court on or before **May 11, 2022**.

DATED this 2nd day of May, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge